UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DARYL KEITH BURNETT, JR., <br><br> Plaintiff, <br><br> v. <br><br> KRISTINE ST. MARTIN, et al., <br><br> Defendants. | CAUSE NO. 3:19-CV-673-JD-MGG |

ORDER

In February 2021, the parties entered into a settlement agreement with respect to Daryl Keith Burnett, Jr.'s three cases: *Burnett v. Brown*, 3:19-CV-649 (N.D. Ind. filed Aug. 20, 2019); *Burnett v. St. Martin*, 3:19-CV-673 (N.D. Ind. filed Aug. 27, 2019) and *Burnett v. Anton*, 3:19-CV-678 (N.D. Ind. filed Aug. 26, 2019). In accordance with the settlement agreement, Burnett is to receive $1,000 in exchange for a full release and dismissal of his three cases. Defendants, by counsel, have now moved to dismiss Burnett's three cases because they have distributed the settlement funds to Burnett. ECF 88, 89. Burnett has not objected to Defendants' motion.

For these reasons, the court:

(1) GRANTS Defendants' amended motion to dismiss (ECF 89);

(2) DENIES AS MOOT Defendants' motion to dismiss (ECF 88);

(3) DISMISSES the case with prejudice; and

(4) DIRECTS the clerk to close this case.

SO ORDERED on July 22, 2021

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT